ROCHESTER SAVINGS BANK, Respondent, *v.* MOSES FOLTZ, Appellant, Impleaded with Others.

*Rochester Savings Bank* v. *Foltz*, 35 App. Div. 632, affirmed.
(Argued May 2, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 9, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term.

*Charles R. Carruth* and *Clarence U. Carruth* for appellant.

*Edward Harris* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not sitting: WERNER, J.

---

MARIA BRODERICK, Appellant, *v.* THE CITY OF YONKERS et al., Respondents.

*Broderick* v. *City of Yonkers*, 22 App. Div. 448, affirmed.
(Argued May 2, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 4, 1897, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and dismissing the complaint.

*William Riley* for appellant.

*James M. Hunt* for respondents.

Judgment affirmed, with costs, on prevailing opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.